**IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**NATALIE DILLON**                                                                **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 3:18-cv-481-CWR-FKB**

**WAL-MART 2720, WAL-MART STORES EAST, LP
and JOHN DOES 1-3**                                                  **DEFENDANTS**


### NOTICE OF VIDEOTAPED DEPOSITION OF REGINALD HARRION

DEPONENT:            Reginald Harrion

DATE:                    September 19, 2019

TIME:                     9:30 a.m.

LOCATION:            Carroll Buffkin, PLLC
                              1076 Highland Colony Pkwy, Suite 125
                              Ridgeland, MS 39157

Please take notice that on September 19, 2019, at the location above, Plaintiff will take the deposition of Reginald Harrion upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer authorized to administer oaths and swear in witnesses in Mississippi.   The examination will be recorded by videotaped and stenographic means and will continue from day to day until completed, and you are invited to attend and examine the deponent.

Respectfully submitted,

 */s/ David A. McDonald*
DAVID A. MCDONALD (MCD042)
**DAVID A. MCDONALD, ATTORNEY AT LAW**
P. O. Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Facsimile:   (251) 434-0047
**Attorney for Plaintiff**

1

**OF COUNSEL:**

Mark C. Carroll (MSB No.: 8665)
Thomas G. Bufkin (MSB No.: 10810)
**CARROLL BUFKIN, PLLC**
140 Township Avenue, Suite 222
Ridgeland, MS 39157
Telephone:   (601) 982-5011
Facsimile:    (601) 853-9540

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have served, on the 22nd day of August, 2019, a true and correct copy of the Notice of Videotaped Deposition by filing electronically using the court's ECF system, which will send electronic notification of such filing to all counsel of record.

Thomas M. Lois
Dorissa S. Smith
**WELLS MARBLE & HURST, PLLC**
PO Box 131
Jackson, MS 39205-0131

**/s/ DAVID A. McDONALD**
**DAVID A. McDONALD**