

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB - 3 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

**Natalie Dillon v. Wal-Mart, et al.**
**3:18-cv-481**

**Exhibits 3 & 16** to Plaintiff's
Opposition to Wal-Mart's MSJ